COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-05-471-CR

 

 

PAPI FALL        
                                                                 APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

              FROM THE 16TH
DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s AMotion
To Withdraw Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                         

PER
CURIAM

 

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: April 20, 2006                                           











[1]See Tex. R. App. P. 47.4.